SEALED



**FILED**

AUG 1 9 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK



1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTIAN H. HIGHSMITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  IN THE MATTER OF THE SEARCH OF:        SW NO.   2: 1 3 - SW - 0 5 4 3        DAD

12                                         SEALING ORDER

13  The person of Farah Sarwar,

14

15

16

17  _____

18       Upon application of the United States of America and good cause having been shown,

19       IT IS HEREBY ORDERED that the above-captioned case shall be filed under seal and shall not

20  be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the

21  search warrant will be left at the scene of the search.

22  Dated: August 19, 2013

23                                         _____

24                                         DALE A. DROZD
                                           United States Magistrate Judge
25

26

27

28

SEALING ORDER                              1