```
1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTIAAN H. HIGHSMITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2739
   Facsimile:  (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7
```

**FILED**

MAR 27 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF: | CASE NO. 2:13-SW-543-DAD |
|---|---|
| The person of Farah Sarwar, | [~~PROPOSED~~] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

The government's request to unseal the Search Warrant and this case is GRANTED.

Dated: March 27, 2014

_____
HON. KENDALL J. NEWMAN
U.S. Magistrate Judge